

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-14-00366-CV

_____

DARK PUPPET, LLC, APPELLANT

V.

RAIDERPARK, LP & CLAYTON B. ISOM, APPELLEES

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2013-508,428; Honorable Les Hatch, Presiding

October 31, 2014

MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Dark Puppet, LLC, filed this appeal from the trial court's summary judgment in favor of Appellees, Raiderpark, LP and Clayton B. Isom. The notice of appeal was filed on October 13, 2014. By letter dated October 14, 2014, this Court notified Dark Puppet, LLC that the filing fee of $195.00 had not been paid and that failure to submit payment within ten days might result in dismissal of the appeal. Dark

Puppet, LLC has not responded, paid the filing fee nor made other arrangements for the discharge of the clerk's filing fee. *See* TEX. R. APP. P. 12.1(b).

Unless a party is excused from paying a filing fee, the Clerk of this Court is required to collect filing fees set by statute or the Texas Supreme Court when an item is presented for filing. *See* TEX. R. APP. P. 5 and 12.1(b). Although the filing of a notice of appeal invokes this Court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. TEX. R. APP. P. 25.1(b).

Accordingly, this appeal is dismissed for failure to comply with a directive from this Court requiring action within a specified time. TEX. R. APP. P. 42.3(c).


Patrick A. Pirtle
Justice